**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 1:23-00149-KD-N |
| | ) |
| CRYSTAL MARIE MITCHELL, | ) |
|    Defendant. | ) |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 163) and without any objection having been filed by the parties, the plea of guilty of the Defendant CRYSTAL MARIE MITCHELL to Count One of the Superseding Indictment, charging a violation of 18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud), is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **May 24, 2024** at **11:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, AL, 36602.

**DONE** and **ORDERED** this the **6th** day of **February 2024.**

                                        /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**