IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL CASE NUMBER: |
| v. | ) 23-cr-00149-KD-N |
| CRYSTAL MARIE MITCHELL, et al., | ) |
| Defendants. | ) |

**POSITION OF THE DEFENDANT WITH RESPECT
TO SENTENCING FACTORS**

Defendant, though counsel, submits her Position of Defendant with Respect to Sentencing Factors pursuant to Criminal L.R. 32(b)(4). Defendant offers that good cause exists for this pleading to be filed less than 14 days before sentencing because the Court advanced sentencing in this matter. This pleading had been due May 10, 2024, but because of the Order of the Court dated May 6, 2024, the pleading became due May 3. Based thereon, the Defendant asks the Court to determine that good cause exists for filing the Position of the Defendant with Respect to Sentencing Factors today.

The Defendant has NO OBJECTION to the Presentence Investigation Report.

DATED: May 7, 2024                    CRYSTAL MARIE MITCHELL, Defendant

                                        BY:    /s/ BRIAN J. LOCKWOOD, LLC
                                               Brian J. Lockwood  ASB-9131-R68
                                               Law Office of Brian J. Lockwood, LLC
                                               1111 Dauphin Street
                                               Mobile, AL 36604
                                               (251) 434-5754     Telephone
                                               (251) 243-7619     Facsimile
                                               brian.lockwood@ymail.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that he filed this document using the Court's CM/ECF system, which automatically serves a true copy on all parties of record as of the date shown on the CM/ECF file stamp at the top of the page.

                                                /s/ BRIAN J. LOCKWOOD